**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**[a]
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Innovative Sports Management, Inc.**

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFRONIA**

| | |
|---|---|
| **Innovative Sports Management, Inc.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Martha J. Martinez Polanias,**<br><br>**Defendant.** | **CASE NO. 5:25-CV-08726-BLF**<br><br>**PROOF OF SERVICE RE:**<br><br>**MARTHA J. MARTINEZ POLANIAS, individually and d/b/a El Cielo Bar & Grill** |

Please see attached as Plaintiff's Exhibit A, a fully executed Proof of Service, regarding service of papers upon Defendant Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill.

Date: December 2, 2025

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas P. Riley, Esq. (SBN. 194706)<br>Law Offices of Thomas P. Riley, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>TELEPHONE NO.: (626) 799-9797 FAX NO. *(Optional)*: (626) 799-9795<br>E-MAIL ADDRESS *(Optional)*: TPRLAW@att.net<br>ATTORNEY FOR *(Name)*: Plaintiff Innovative Sports Management, Inc. | |
| **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 280 South 1st Street<br>MAILING ADDRESS: 280 South 1st Street<br>CITY AND ZIP CODE: San Jose 95113<br>BRANCH NAME: San Jose Division | |
| PLAINTIFF/PETITIONER: Innovative Sports Management, Inc., d/b/a Integrated Sports Media<br>DEFENDANT/RESPONDENT: Martha J. Martinez Polanias, individually, et al | CASE NUMBER:<br>5:25-cv-08726-NC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>El Cielo Bar & Grill (ISM) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*: Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Certification as to Interested Parties
3. a. Party served *(specify name of party as shown on documents served)*:
   Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   2650 Alum Rock Avenue, San Jose, CA 95116
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 11/22/25 at *(time)*: 12:12 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Daele "Doe" - Waitress - Authorized to Accept
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: Nov 22, 2025 from *(city)*: Los Angeles, CA **or** [X] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Innovative Sports Management, Inc., d/b/a Integrated Sports Media<br>DEFENDANT/RESPONDENT: Martha J. Martinez Polanias, individually, et al | CASE NUMBER:<br>5:25-cv-08726-NC |
|---|---|

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [X] On behalf of *(specify):* Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill under the following Code of Civil Procedure section:

      [X] 416.10 (corporation)
      [ ] 416.20 (defunct corporation)
      [ ] 416.30 (joint stock company/association)
      [ ] 416.40 (association or partnership)
      [ ] 416.50 (public entity)
      [ ] 415.95 (business organization, form unknown)
      [ ] 416.60 (minor)
      [ ] 416.70 (ward or conservatee)
      [ ] 416.90 (authorized person)
      [ ] 415.46 (occupant)
      [ ] other:

7. **Person who served papers**
   a. Name: Kathryn A. Paz
   b. Address: P.O. Box 54846 – Los Angeles, CA 90054
   c. Telephone number: 888.722.6878
   d. **The fee** for service was: $ 211.00
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner [ ] employee [X] independent contractor.
         (ii) Registration No.: PS1127
         (iii) County: Santa Clara

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   **or**

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 24, 2025

Kathryn A. Paz
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Thomas P. Riley, Esq. (SBN. 194706)<br>Law Offices of Thomas P. Riley, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, CA 91030-3227<br>TELEPHONE NO: (626) 799-9797 FAX NO.: (626) 799-9795 EMAIL ADDRESS (Optional): TPRLAW@att.net | | | | |
| ATTORNEY FOR (Name): Plaintiff Innovative Sports Management, Inc. | Ref No. or File No.: CEI Cielo Bar & Grill (ISM) | | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| PLAINTIFF: Innovative Sports Management, Inc., d/b/a Integrated Sports Media<br>DEFENDANT: Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill | | | | |
| **DECLARATION OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT: | CASE NUMBER: 5:25-cv-08726-NC |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill**

Documents: Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Certification as to Interested Parties

| Date: | Time: | Results: |
|---|---|---|
| 11/13/2025 | 9:10 AM | I attempted service at the business. There is no answer at business address. The business closed. There are two Master locks on the door. No business hours posted. The business is dark inside. Unable to serve.<br><br>2650 Alum Rock Avenue, San Jose, CA 95116 |
| 11/14/2025 | 6:27 PM | I attempted service at the business. I spoke with an employee, the subject is not working today. Unable to serve. I will continue attempts.<br><br>2650 Alum Rock Avenue, San Jose, CA 95116 |
| 11/15/2025 | 3:08 PM | I attempted service at the business. I spoke with a female employee, the subject is not working today.She is described as Hispanic, female, 30 years old, black hair, brown eyes. Unable to serve. I will continue attempts.<br><br>2650 Alum Rock Avenue, San Jose, CA 95116 |
| 11/16/25 | 11:51 AM | I attempted service at the business. I spoke with a male employee, the subject is not working today. He is described as Hispanic, male, 30 years old, 5'8", 145 lbs, black hair, brown eyes. Unable to serve.<br><br>2650 Alum Rock Avenue, San Jose, CA 95116 |

Fee for service was: $ 211.00
County: Santa Clara
Registration: PS1127
**ProLegal Reg#: 2017025418**
**P.O. Box 54846 - Los Angeles, CA 90054**
**888.722.6878**
**http://www.prolegalnetwork.com**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 11/17/2025.

Signature: Kathryn Paz

ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address)
Thomas P. Riley, Esq. (SBN. 194706)
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
TELEPHONE NO: (626) 799-9797 FAX NO.: (626) 799-9795 EMAIL ADDRESS *(Optional)*: ***TPRLAW@att.net***
ATTORNEY FOR *(Name)*: ***Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media***

Ref No. or File No.: El Cielo Bar & Grill (ISM)

*FOR COURT USE ONLY*

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

PLAINTIFF: Innovative Sports Management, Inc., d/b/a Integrated Sports Media
DEFENDANT: Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT: | CASE NUMBER: 5:25-cv-08726-NC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the: Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:
   a. Date of Mailing: 11/22/2025
   b. Place of Mailing: Los Angeles, CA
   c. Addressed as follows: Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill
      2650 Alum Rock Avenue,
      San Jose, CA 95116

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for service was: $211.00
County: n/a
Registration: n/a
**ProLegal Reg#: 2017025418**
**P.O. Box 54846 - Los Angeles, CA 90054**
**888.722.6878**
**http://www.prolegalnetwork.com**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 11/22/2025.

Signature: ______________________
Tifannie Delgadillo